UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                  Case No. 21-cr-20610

v.                               HON. MARK A. GOLDSMITH

D-5 GARCIA MOSES,

       Defendant.
_____/

**ORDER**
**SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR**
**COMPASSIONATE RELEASE (Dkt. 350)**

The Court has received Defendant Garcia Moses's motion for compassionate release (Dkt.

350). The Government must file a response to Defendant's motion on or before October 1, 2024.

Defendant may file a reply brief in support of his motion on or before October 15, 2024.

SO ORDERED.

Dated: September 4, 2024          s/Mark A. Goldsmith_____
Detroit, Michigan                 MARK A. GOLDSMITH
                             United States District Judge